**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Patrick Allen BROWN, Defendant–Appellant.**

**No. 01–6868.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 13, 2001.

Patrick Allen Brown, pro se. Gina Laurie Simms, Office of the United States Attorney, Greenbelt, MD, for appellee.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Patrick Allen Brown seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West

Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Brown,* Nos. CR–96–418–PJM; CA–00–561–PJM (D. Md. filed Mar. 2, 2001; entered Mar. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*